AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

FOX VALLEY CONSTRUCTION WORKERS
FRINGE BENEFIT FUNDS, et al.

V.

LASSWELL MASONRY, INC., an Illinois
corporation

CASE NUMBER: 08CV4226

ASSIGNED JUDGE: JUDGE PALLMEYER

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE COX

TO: (Name and address of Defendant)

Lasswell Masonry, Inc.
c/o Kevin Lasswell, Registered Agent/President
430 Prairie View Lane
Hinckley, IL  60520

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Cecilia M. Scanlon
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 W. Adams Street, Suite 2200
Chicago, IL  60606-5231
(312) 236-4316

an answer to the complaint which is herewith served upon you, within ___Twenty (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

Michael W. Dobbins, Clerk

_____
(By) DEPUTY CLERK

July 25, 2008
_____
Date

State of Illinois

General No.: 08CV4226

County of USDC CHICAGO

## AFFIDAVIT OF SERVICE

LEROY KARCZEWSKI deposes and says that he/she is a licensed or registered employee of a Private Detective Agency, licensed by the Illinois Department of Professional Regulation and therefore authorized, pursuant to the provisions of Chapter 735, Code of Civil Procedure Section 5/2-202, Illinois Compiled Statutes, to serve process in the above cause, and that the defendant was served in the following manner:

On 8/17/2008 at 8:25:00 AM by leaving a true and correct copy of the attached SUMMONS and COMPLAINT on Lasswell Masonry, Inc. c/o Kevin Lasswell as shown below:

Substitute service was made by leaving a true and correct copy of the SUMMONS and COMPLAINT , at the usual place of abode of Lasswell Masonry, Inc. c/o Kevin Lasswell with a person residing therein, to wit Documents posted, on front door, a person of the age of 13 years or upwards, who was informed of the contents thereof.

Said service was effected at 430 Prairie View Ln., Hinckley, IL  60520

Furthermore, I caused to be mailed, first class postage fully prepaid, a copy of the SUMMONS and COMPLAINT  in a sealed envelope addressed to Lasswell Masonry, Inc. c/o Kevin Lasswell, 430 Prairie View Ln., Hinckley, IL 60520

Description of Person Served: Sex:    Height:    Weight:    Race:    Age:

Additional or Other Information:

Wife stated that husband was sleeping and refused to come to the door. Wife was instructed by husband to refuse service. Documents posted on front door.

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to such matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

8-18-08
Dated

Leroy Karczewski
117-000192