IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FOX VALLEY CONSTRUCTION WORKERS FRINGE BENEFIT FUNDS, *et al.*, | |
| Plaintiffs, | CIVIL ACTION |
| vs. | NO. 08 C 4226 |
| LASSWELL MASONRY, INC., an Illinois corporation, | JUDGE REBECCA R. PALLMEYER |
| Defendant. | |

## MOTION FOR ENTRY OF DEFAULT AND JUDGMENT

NOW COME Plaintiffs, by their attorneys, and move for entry of judgment by default against Defendant, LASSWELL MASONRY, INC., an Illinois corporation, in the total amount of $5,546.65, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $3,043.75.

On August 17, 2008, the Summons and Complaint was served on the Registered Agent (by tendering a copy of said documents to Mrs. Lasswell) at his residence (a copy of the Summons and Affidavit of Service is attached hereto). Therefore, Defendant's answer was due on September 8, 2008. As Defendant has failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment.

/s/  Cecilia M. Scanlon

# CERTIFICATE OF SERVICE

       The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 10th day of February 2009:

        Mr. Kevin Lasswell, Registered Agent/President
        Lasswell Masonry, Inc.
        430 Prairie View Lane
        Hinckley, IL 60520


        /s/ Cecilia M. Scanlon


Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Bar No.: 6288574
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: cscanlon@baumsigman.com

I:\Fvcwj\Lasswell\2008\motion-default judgment.cms.df.wpd